UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80083

ECOMETRY CORPORATION, a Florida )
corporation, )
           )
          Plaintiff, )
           )
vs. )
           )
PROFIT CENTER SOFTWARE INC., )
 a foreign corporation, )
           )
          Defendant. )
_____ )

## COMPLAINT

     ECOMETRY CORPORATION f/k/a Smith-Gardner and Associates, Inc. ("Ecometry") sues Defendant, PROFIT CENTER SOFTWARE INC. ("PCS"), and states as follows:

     1.    This is an action to prevent continued unauthorized access and trespass into, and infringement of, Ecometry's proprietary computer internet-software management programs including its database structures; as well as for money damages for violations of Ecometry's copyrights.

     2.    Ecometry is a Florida corporation with its principal place of business and world headquarters located at 1615 Congress Avenue, Delray Beach, Palm Beach County, Florida. Ecometry also has offices in England and Australia. It is a private company and the successor to Smith-Gardner and Associates having adopted its present name.



3.      Defendant PCS is a foreign corporation with an office located in Boca Raton, Palm Beach County, Florida.

4.      This Court has subject matter jurisdiction pursuant to 28 USC §§ 1331 and 1338. Additionally, the Court has diversity jurisdiction pursuant to 28 USC § 1332 as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between citizens of different states.

5.      This Court has in personam jurisdiction over PCS since, at all times material to this action, PCS operates, conducts, engages in, or carries on a business or business venture in this state and/or has an office or agency in this state; and has committed tortious acts within this state, and the causes of action set forth in this complaint arise from the doing of those acts. Also, PCS is engaged in substantial and not isolated activity within this state and is subject to the jurisdiction of this Court, whether or not the claims herein arise from such activity.

6.      Venue is proper in this district pursuant to 28 USC  §§1391 and 1400 because PCS has an office located within this district and is subject to personal jurisdiction within this district.

## GENERAL ALLEGATIONS

7.      All conditions precedent to the filing of this action have occurred, have been satisfied, have been performed or have been waived.

8.      Ecometry, successor to Smith-Gardener and Associates is the creator/developer of specialized multi-medium computer and internet-based software programs for its worldwide clientele to manage their "E-commerce" web driven mail order catalogue or other product distribution mediums. Ecometry is the owner of various

2

copyrights, trademarks and service marks to its software including its Source Code, Object Code, and database structures for its product MACS ("Mail Order and Catalogue Systems"), and the newer, enhanced product "Ecometry Commerce Suite" or "Ecometry", its web designed systems technology known as "Web Order" as well as various other products and software technical support services offered its hundreds of Ecometry and MACS customers. Ecometry software is specially licensed to each user for its controlled, limited, proprietary usage at substantial fees.

9.    The Ecometry and MACS software systems are operated by Ecometry's proprietary Source Code, created by Ecometry, Smith-Gardner and its founders over more than fifteen years at a cost of tens of millions of dollars, involving hundreds of personnel and over one million hours of research and development necessary to design these Source Code which operate Ecometry's software.

10.   Source Code is the proprietary "DNA" or guarded special recipe for Ecometry's software products, forming millions of lines of directions or configurations to operate the computers and internet systems of Ecometry's clientele on which Ecometry's software is run and includes unique and creative database structures.

11.   Hundreds of Ecometry customers worldwide utilize the MACS and/or Ecometry Retail Enterprise software in their daily business activities. Each customer also utilizes the system support provided by Ecometry to provide solutions for data processing technical problems which may arise from time to time.

12.   Ecometry software including its Source Code is subject to limited use, copyright and other licensing. Any tampering with, or reverse engineering, decompiling, altering, or dissemination of Ecometry's proprietary Source Code is illegal, unlawful and

3

in plain violation of Ecometry's trademarks, copyrights, licenses and intellectual property rights.

13.     PCS has gained illegal access to Ecometry's Source Code and has built interfaces to Ecometry's product that would not have been possible without access to Ecometry's Source Code and database structures which is specifically prohibited.

14.     This access was gained through a current Ecometry customer named Tiger Direct, who is owned by the same parent company as PCS called Systemax, Inc. PCS has used and is improperly using the Ecometry Source Code and database structures to create similar PCS products and PCS now solicits Ecometry customers for customer support and conversion from Ecometry products to a similar PCS product using and based on Ecometry's stolen Source Code and database structures.

15.     Allowing PCS to use Ecometry's computer Codes for any of PCS' products would be devastating to Ecometry. It essentially would allow blanket theft of the Source Code and Ecometry's protected concepts such as its database structures, causing losses of billions of dollars per day. Piracy of this software Codes would cause irreparable harm in terms of loss of clients, goodwill and business reputation, harm to Ecometry's employees and general chaos in its business operations. It would permit defendant to acquire such protected proprietary property by means of theft.

16.     As noted, PCS actively markets Ecometry customers for the sale of its products derived from the Ecometry Source Code including Ecometry's unique and creative database structures.

17.     Ecometry is in immediate peril of continued unauthorized use of its

4

Source Code by PCS. Due to serious nature of defendant's use, threat, and ability to carry out its threat and the severity of the harm that would be caused to Ecometry an immediate injunction is required to prevent PCS from using, pirating or altering the Ecometry Source Code including its database structures and thereby causing irreparable harm to Plaintiff.

**COUNT I**

**INFRINGEMENT OF COPYRIGHT AND UNFAIR COMPETITION**

18.     Plaintiff hereby incorporates by reference paragraph 1 through 17 as if set forth more fully herein.

19.     Prior to September 12, 1996, Ecometry who then was, and ever since has been a Florida corporation, created, designed and wrote original software programs, entitled "Mail Order and Cataloguing System" (MACS), which included its Source Code, Object Code, and database structures.

20.     These software programs contained a large amount of material wholly original with Ecometry and is copyrightable subject matter under the laws of the United States.

21.     Between September 12, 1996 and December 9, 1997, Ecometry complied in all respects with the Act of Title 17, United States Code and all other laws governing copyright, and secured the exclusive rights and privileges in and to the copyright of said software programs, and received through the register of copyrights, certificates of registration dated and identified as follows: "January 9, 1997, number TX4-393-613", "March 17, 1997, number TX4-444-244", "December 8, 1997, number TX4-602-734", attached hereto and incorporated herein as Exhibit "A".

22.     Since January, 1997, said MACS I and II computer software has been

5

published by Ecometry and all copies of it made by Ecometry who under its authority or license have been installed and published in strict conformity with the provisions of the Act of Title 17, U.S. Code and all laws governing copyright.

23.     Since January 9, 1997, Ecometry has been and still is the sole proprietor of all rights, title and interest in and to the copyright said MACS computer software.

24.     After January 9, 1997, defendant infringed said copyright by using, re-programming, changing, modifying, or altering Ecometry's copyrighted MACS computer software program Source Code including its database structures copied largely from Ecometry's copyrighted MAC I and MACS II through illegal and unauthorized access to Ecometry's Source Code through Tiger Direct, an affiliated company and customer of Ecometry, having a non-exclusive, non-assignable and non-transferable limited use license of Ecometry's MACS software computer program.

25.     After January 9, 1997, defendant has used, altered, changed, modified, published, sold and otherwise marketed and continues to use, alter, change, modify, publish, sell and otherwise market a product similar to Ecometry's derived from defendant's illegal access to and use of Ecometry's copyright protected products. Defendant has thereby been engaging in unfair trade practices and unfair competition against Ecometry resulting in irreparable damage to Ecometry.

26.     Ecometry demands:

(a)  that defendant, its agents, and servants be enjoined during the pendancy of this action and permanently from infringing said copyright of Ecometry in any manner, from marketing Ecometry customers, and from publishing, selling,

marketing, or otherwise disposing of any copies of the MACS I and II computer software Source Code including its database structures;

(b) that defendant be required to pay to Ecometry such damages as Ecometry has sustained in consequence of defendant's infringement of said copyright and said unfair trade practices and unfair competition into account for (1) all gains, profits and advantages derived by defendant by said trade practices and unfair competition and (2) all gains, profits and advantages derived by defendant by its infringement of Ecometry's copyright or such damages as to the Court shall appear proper within the provisions of the copyright statutes;

(c) that defendant be required to deliver up to be impounded during the pendancy of this action all copies of any computer software derived from use of Ecometry Source Code including its database structures in its possession or under its control and to deliver up for destruction all infringing copies and all plates, molds, floppy disks, CD's and other manners for making such infringing copies;

(d) that defendant pay to Plaintiff the costs of this action reasonable attorneys' fees and any other and further relief as is just.

## COUNT II
## VIOLATION OF U.S. CODE 18, U.S.C. 1030

27.     Ecometry re-alleges paragraph 1 through 17 as if set forth more fully herein.

28.     The defendant, by its threatened and actual and unauthorized access into Ecometry's licensed software violated 18 U.S.C. ¶ 1030.  This Court has subject matter jurisdiction over these federal claims.

30.     Ecometry's customer's computer systems and its Source Code are "protected computers" within the meaning of 18 U.S.C. ¶ 1030 as it is used in interstate commerce and communication.

31.     Ecometry has been or shall be damaged thereby.

WHEREFORE, Ecometry Corporation requests this Court to enter judgment in its favor and against defendant for damages, together with interest, costs, and all other damages and relief as the nature of this cause requires.

## COUNT III
## THREATENED TRESPASS AND CONVERSION

32.     Ecometry re-alleges paragraphs 1 through 17 as if more fully set forth herein.

33.     Defendant by its threatened and actual unauthorized use of Ecometry's Source Code constitutes a trespass and conversion of Ecometry's intellectual property common law rights.

34.     Ecometry has been or is in imminent danger of being harmed by such conduct.

WHEREFORE,  Ecometry Corporation requests this Court to enter judgment in its favor against defendant for damages, together with interests, costs and all other damages and relief as the nature of this cause requires.

## COUNT IV
## MISAPPROPRIATION OF TRADE SECRETS

35.     Ecometry re-alleges paragraphs 1 through 17 as if set forth more fully herein.

36.     This is an action under § 688.003 of the Florida Statutes to enjoin the use

of a trade secret, for an accounting and for damages.

37.    Ecometry's software, its Source Code and included database structures are trade secrets within the meaning of the Chapter 688 of the Florida Statutes.

38.    Defendant has gained illegal access to Ecometry's software including its Source Code and database structures.

39.    PCS is using, and has used, Ecometry's trade secrets including its Source Code and database structures in the operation of its business by using or having used Ecometry's trade secrets to develop a similar and competing product and marketing Ecometry's customers.  Defendant knew or should have known that Ecometry's software (including its component parts such as Source Code and database structures) is a trade secret belonging to the Plaintiff.

40.    By using Ecometry's Source Code including its database structures in the production of its own products, defendant has misappropriated Plaintiff's trade secrets.

41.    Defendant's acts have resulted in, and will continue to result, in defendant's unjust enrichment.  The Defendant's use of such secret and confidential information has and will continue to damage Plaintiff's business and business interests.

42.    Defendant, unless restrained, will continue to be unjustly enriched to Plaintiff's prejudice and damage.

WHEREFORE,  Ecometry Corporation requests this Court to enter judgment in its favor and against defendant for the following relief:  (a) a preliminary and permanent injunction restraining the defendant from further disclosing or using Plaintiff's confidential trade secrets including its Source Code and Object Code; (b) an award equal to the actual losses sustained by Plaintiff as a result of defendant's use of the confidential

and secret information; (c)  an accounting of defendant's profits and an amount equal to any such profits realized by defendant as a result of the misappropriation of plaintiff's trade secrets that are not taken into account in computing Plaintiff's actual losses; (d)  an award of attorneys' fees pursuant to § 688.003 of the Florida Statutes, (e) costs, and (f) such other and further relief as this Court deems just and proper.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

PLAINTIFF DEMANDS ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND OF PRELIMINARY INJUNCTION.

Dated:   January 24th, 2006.

Steven G. Schwartz, Esquire
Florida Bar No. 911 471
David J. Pascuzzi, Esquire
Florida Bar No. 086 101


Schwartz & Horwitz, P.A.
3301 N.W. Boca Raton Boulevard
Suite 200
Boca Raton, Florida 33431-6697
Telephone:  (561) 395-4747
Facsimile:   (561) 367-1550


L:\OPEN FILES\105001\Profit Center\Complaint.doc

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-393-613**

*TX8004393613*

EFFECTIVE DATE OF REGISTRATION

1    9    97

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Macs II (Mail Ordering Catalog System)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Macs I

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

Smith-Gardner & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Computer Programs

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

NOTE
leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Sept ▶ Day ▶ 12 ▶ Year ▶ 1996
★USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Smith-Gardner & Associates, Inc.
1615 S. Congress Avenue
Delray Beach, FL  33445-6368

See instructions before completing this space

APPLICATION RECEIVED
DEC. 20 1996
ONE DEPOSIT RECEIVED
DEC 20 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**

Exhibit "A"

**DO NOT WRITE HERE**

Page 1 of 2 pages

*Added by C.O. Authority phone call
  with Frank J. Benasutti of Benasutti, P.C.
**Corrected by C.O. Authority phone call of
  1/16/97 with Frank J. Benasutti of
  Benasutti, P.C.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

  Macs I versions 1.01 through 1.23H
  Macs II versions 2.01 through 2.04

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

  additional lines of code

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

  Benasutti, P.C.                              DA 041742

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼

  Frank J. Benasutti, Esquire
  Benasutti, P.C.
  315 S.E. Mizner Blvd., Suite 215, Boca Raton, FL 33432
                Area Code & Telephone Number ▶

Be sure to
give your
daytime phone
◄ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          ☐ author
                    Check one ▶            ☐ other copyright claimant
                                          ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made      ☒ authorized agent of  Smith-Gardner & Associates, Inc.
by me in this application are correct to the best of my knowledge.                Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

  FRANK J. BENASUTTI                                    date ▶ 12/18/96

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
  Frank J. Benasutti, Esq.
Number/Street/Apartment Number ▼
  315 S.E. Mizner Boulevard, Suite 215
City/State/Zip ▼
  Boca Raton, FL 33432

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable $10 filing fee
  in check or money order
  payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington DC 20559

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM CA**
**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**



TX 4-444-244

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
MAR 17 1997
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

Macs II (Mail Ordering Catalog System)

**Registration Number of the Basic Registration ▼**

TX 4 397-418

**Year of Basic Registration ▼**

1997

**Name(s) of Author(s) ▼**

Smith-Gardner & Associates, Inc.

**Name(s) of Copyright Claimant(s) ▼**

Smith-Gardner & Associates, Inc.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number    1        Line Heading or Description   TITLE OF THIS WORK

**Incorrect Information as it Appears in Basic Registration ▼**

Macs II (Mail Ordering Catalog System)

**Corrected Information ▼**

Macs II (Mail Order and Cataloging System)

**Explanation of Correction ▼**

transcribing error

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____   Line Heading or Description _____

**Amplification and Explanation ▼**

---

MORE ON BACK ▷    • Complete all applicable spaces (D-G) on the reverse side of this page
                  • See detailed instructions    • Sign the form at space F

DO NOT WRITE HERE

Page 1 of ____ pages

FORM CA RECEIVED
MAR 17 1997

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❏

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION        ☒ YES      ❏ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ❏ Part B  *or*  ❏ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

**E**

Phone (561) 994-5959            Fax (561) 994-5990            Email _____

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____ Benasutti, P.C.

Account Number _____ DA 041742

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❏ author
❏ other copyright claimant
❏ owner of exclusive right(s)
☒ duly authorized agent of  Smith-Gardner & Associates, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼ Frank J. Benasutti        Date ▼ 3/12/97

Handwritten signature (X) ▼

*Frank J. Benasutti*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼ Frank J. Benasutti

Number/Street/Apt ▼ 315 S.E. Mizner Blvd., Suite 215

City/State/ZIP ▼ Boca Raton, FL  33432

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space F

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in
   check or money order payable
   to Register of Copyrights

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1996—30,000      ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-405-104/40,010

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM CA
**For Supplementary Registration**

**TX 4-602-734**

| TX | TXU | PA | PAU | VA | VAU | SH | SRU | RE |

**EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION**

Dec    8    1997
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**TITLE OF WORK ▼**

MACS II (Mail Ordering Catalog System)

**REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼**
TX4-393-613

**YEAR OF BASIC REGISTRATION ▼**
1997

**NAME(S) OF AUTHOR(S) ▼**
Smith-Gardner & Associates, Inc.

**NAME(S) OF COPYRIGHT CLAIMANT(S) ▼**
Smith-Gardner & Associates, Inc.

## B

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼**

Line Number .... 1 .... Line Heading or Description   TITLE OF THIS WORK

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼**

Macs II (Mail Ordering Catalog System)

**CORRECTED INFORMATION ▼**

Macs II (Mail Order and Cataloging System)

**EXPLANATION OF CORRECTION ▼**

transcribing error

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼**

Line Number ............. Line Heading or Description ........................

**AMPLIFIED INFORMATION ▼**

**EXPLANATION OF AMPLIFIED INFORMATION ▼**

---

**MORE ON BACK ▶**   • Complete all applicable spaces (D -G) on the reverse side of this page.    **DO NOT WRITE HERE**
• See detailed instructions.   • Sign the form at space F.    Page 1 of ____ pages

FORM CA RECEIVED

DEC. 0 8. 1997

FUNDS RECEIVED DATE

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION        ☑YES   ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CONTINUATION OF: (Check which)  ☐ PART B OR  ☐ PART C

**D**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name   **Benasutti, P.C.**

Account Number       **DA 041742**

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name   **Frank J. Benasutti, Esq.**

Address   **4800 North Federal Highway – Ste 300D**
(Apt)

**Boca Raton        FL    33431**
(City)                    (State)        (ZIP)

Area Code and Telephone Number ▶ **561-994-5959**

Be sure to
give your
daytime phone
◀ number

**E**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ duly authorized agent of  **Smith-Gardner & Associates, Inc.**
(Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
**Frank J. Benasutti**

Date ▼
**12-5-97**

Handwritten signature (X) ▼
*Frank J. Benasutti*

**F**

MAIL
CERTIFI-
CATE TO

**Frank J. Benasutti, Esq.**

Name ▼
**Frank J. Benasutti, Esq.**

Number/Street/Apt ▼
**4800 N. Federal Highway – Suite 300D**

City/State/ZIP ▼
**Boca Raton, FL  33432**

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space F
**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to
*Register of Copyrights*
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees a 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1993—25,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-301-241/80,049

# CERTIFICATE OF REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**TX 4-393-613**

*TX0004393613*

EFFECTIVE DATE OF REGISTRATION

1   9   97

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Macs II (Mail Ordering Catalog System)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Macs I

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

Smith-Gardner & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Computer Programs

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

leave the space for dates of birth and death blank

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ Sept ▶ 12   Day ▶ 30 ▶ 18 ▶ 1990 ▶ 1996   Year ▶ ▶ USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Smith-Gardner & Associates, Inc.
1615 S. Congress Avenue
Delray Beach, FL  33445-6368

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
DEC 20.1996
ONE DEPOSIT RECEIVED
DEC 20.1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

**DO NOT WRITE HERE**

Page 1 of ___ pages

**\*Added by C.O. Authority phone call of 1/16/97 with Frank J. Benasutti of Benasutti, P.C.**
**\*\*Corrected by C.O. Authority phone call of 1/16/97 with Frank J. Benasutti of Benasutti, P.C.**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ This is the first published edition of a work previously registered in unpublished form
☐ This is the first application submitted by this author as copyright claimant
☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Macs I versions 1.01 through 1.23H
Macs II versions 2.01 through 2.04
b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
additional lines of code

See instructions
before completing
this space

6

---

## —space deleted—

7

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both
a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions

8

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼
Benasutti, P.C.    DA 041742

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼
Frank J. Benasutti, Esquire
Benasutti, P.C.
315 S.E. Mizner Blvd., Suite 215, Boca Raton, FL 33432
Area Code & Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

9

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Smith-Gardner & Associates, Inc.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
FRANK J. BENASUTTI    date ▶ 12/18/96

Handwritten signature (X) ▼

10

---

**MAIL CERTIFICATE TO**
**Name** ▼
Frank J. Benasutti, Esq.
Number/Street/Apartment Number ▼
315 S.E. Mizner Boulevard, Suite 215
City/State/Zip ▼
Boca Raton, FL 33432

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

11

---

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1992—200,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1992-312-582/60,020

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM CA

**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 4-444-244

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

MAR   17   1997
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

Macs II (Mail Ordering Catalog System)

Registration Number of the Basic Registration ▼
TX 4 397-418

Year of Basic Registration ▼
1997

Name(s) of Author(s) ▼
Smith-Gardner & Associates, Inc.

Name(s) of Copyright Claimant(s) ▼
Smith-Gardner & Associates, Inc.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___1___      Line Heading or Description   TITLE OF THIS WORK

Incorrect Information as it Appears in Basic Registration ▼

Macs II (Mail Ordering Catalog System)

Corrected Information ▼

Macs II (Mail Order and Cataloging System)

Explanation of Correction ▼

transcribing error

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____      Line Heading or Description _____

Amplification and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions       • Sign the form at space F

DO NOT WRITE HERE
Page 1 of ___ pages

FORM CA RECEIVED

MAR 17 1997

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION          ☑ YES      ❑ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B   or   ❑ Part C

D

**Correspondence:** Give name and address to which correspondence about this application should be sent.

E

Phone (561)  994-5959          Fax (561)  994-5990          Email _____

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____ Benasutti, P.C. _____

Account Number _____ DA 041742 _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author                    ❑ owner of exclusive right(s)
❑ other copyright claimant  ☑ duly authorized agent of  Smith-Gardner & Associates, Inc.
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

F

Typed or printed name ▼ Frank J. Benasutti          Date ▼ 3/12/97

Handwritten signature (X) ▼

*Frank J. Benasutti*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Frank J. Benasutti

Number/Street/Apt ▼
315 S.E. Mizner Blvd., Suite 215

City/State/ZIP ▼
Boca Raton, FL  33432

YOU MUST:
• Complete all necessary spaces
• Sign your application in space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in
   check or money order payable
   to Register of Copyrights

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

G

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1996—30,000          PRINTED ON RECYCLED PAPER          ☼U.S. GOVERNMENT PRINTING OFFICE: 1996-405-104/40,010

# CERTIFICATE OF REGISTRATION



★ UNITED STATES COPYRIGHT OFFICE ★
★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM CA
For Supplementary Registration.



**TX 4-602-734**

| TX | TXU | PA | PAU | VA | VAU | SH | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Dec 8 1997
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

TITLE OF WORK ▼

MACS II (Mail Ordering Catalog System)

REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼
TX4-393-613

YEAR OF BASIC REGISTRATION ▼
1997

NAME(S) OF AUTHOR(S) ▼
Smith-Gardner & Associates, Inc.

NAME(S) OF COPYRIGHT CLAIMANT(S) ▼
Smith-Gardner & Associates, Inc.

## B

LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼

Line Number . . . . . . . . . . 1 . . . . . Line Heading or Description   TITLE OF THIS WORK

INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼

Macs II (Mail Ordering Catalog System)

CORRECTED INFORMATION ▼

Macs II (Mail Order and Cataloging System)

EXPLANATION OF CORRECTION ▼

transcribing error

LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼

Line Number . . . . . . . . . . . . . Line Heading or Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

AMPLIFIED INFORMATION ▼

EXPLANATION OF AMPLIFIED INFORMATION ▼

FORM CA RECEIVED

DEC. 08. 1997

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION          ☑YES    ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

CONTINUATION OF: (Check which)   ☐ PART B OR   ☐ PART C

**D**

---

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name    **Benasutti, P.C.**

Account Number    **DA 041742**

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    **Frank J. Benasutti, Esq.**

Address    **4800 North Federal Highway - Ste 300D**
(Apt)

**Boca Raton          FL      33431**
(City)                (State)        (ZIP)

Area Code and Telephone Number ▶ **561-994-5959**

Be sure to
give your
daytime phone
number ◀

**E**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ duly authorized agent of  **Smith-Gardner & Associates, Inc.**
(Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                Date ▼
**Frank J. Benasutti**                          **12-5-97**

Handwritten signature (X) ▼
*Frank J Benasutti*

**F**

---

MAIL
CERTIFI-
CATE TO

**Frank J. Benasutti, Esq.**
Name ▼

**Frank J. Benasutti, Esq.**
Number/Street/Apt ▼

Certificate
will be
mailed in
window
envelope

**4800 N. Federal Highway - Suite 300D**
City/State/ZIP ▼

**Boca Raton, FL  33432**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space F

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   Register of Copyrights

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please  contact  the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1993—25,000                                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-301-241/80,049

%JS 44   (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

Ecometry Corporation, a Florida corporation

**CIV-HURLEY**

## DEFENDANTS

Profit Center Software, Inc., a foreign corporation

(b) County of Residence of First Listed Plaintiff  Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**HOPKINS**

County of Residence of First Listed Defendant  Highlands
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Schwartz & Horwitz, PLC
3301 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431, Telephone: (561) 395-4747

Attorneys (If Known)

**06-80083**

2006 JAN 25

(d) Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*9:06 CV 80083 Hurley*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

*Hopkins*

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Remanded from Appellate Court
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO

JUDGE

DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 17 USC 501: Infringement of copyright & unfair competition; 18 USC 1030: Threatened, actual & unauthorized access to licensed software, threatened trespass, coversion and misappropriation of trade secrets.

LENGTH OF TRIAL via  4  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  1/24/06

FOR OFFICE USE ONLY

AMOUNT ___   RECEIPT # 536176

✎ AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
| --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
| --- | --- |
| DOCKET NO.<br>06-80083-CIV-HURLEY | DATE FILED<br>1/25/06 | 299 East Broward Blvd Room #108<br>Fort Lauderdale, FL 33301 |
| PLAINTIFF<br>Ecometry Corporation | DEFENDANT<br>Profit Center Software, Inc. |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1    TX4-393-613 | MACS II | Smith-Gardner & Associates, Inc. |
| 2    TX4-444-244 | " | " |
| 3    TX4-602-734 | " | " |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |
| --- | --- |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
| --- | --- | --- |
| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Lisa I. Streets | DATE<br>1/25/06 |

| | |
| --- | --- |
| **DISTRIBUTION:** | 1) Upon initiation of action,<br>mail copy to Register of Copyrights     2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights     3) Upon termination of action,<br>mail copy to Register of Copyrights<br><br>4) In the event of an appeal, forward copy to Appellate Court     5) Case File Copy |