UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 06-80083-CIV-HURLEY/HOPKINS

ECOMETRY CORPORATION,

    Plaintiff,

vs.

PROFIT CENTER SOFTWARE, INC.,
and ROSS HART,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

ECOMETRY CORPORATION ("Ecometry"), PROFIT CENTER SOFTWARE, INC. ("PCS") and ROSS HART ("Hart"), hereby stipulate to the dismissal of the action with prejudice on the following grounds:

1. The parties have reached an amicable settlement.

2. Each party shall bear their own costs, expenses and attorneys' fees.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED: *February 26*, 2007.

| | |
|---|---|
| SCHWARTZ & HORWITZ, PLC | HOLLAND & KNIGHT LLP |
| *[signature]* | *[signature]* |
| Steven G. Schwartz | Martin J. Alexander |
| Florida Bar No. 911471 | Florida Bar No. 346845 |
| 6751 North Federal Highway | 222 Lakeview Avenue, Suite 1000 |
| PCS Suite 400 | West Palm Beach, FL 33401 |
| Boca Raton, FL 33487 | Telephone: 561-833-2000 |
| Telephone: 561.395.4747 | Fax: 561-650-8399 |

Facsimile: 561.367.1550
sgs@sandhlawfirm.com

Attorneys for Plaintiff

martin.alexander@hklaw.com

William F. Hamilton
Florida Bar No. 379875
John M. Guard
Florida Bar No. 374600
100 N. Tampa St., Suite 4100
Tampa, FL 33602
P.O. Box 1288
Tampa, FL 33601-1288
Telephone:  813-227-8500
Fax:  813-229-0134
william.hamilton@hklaw.com
john.guard@hklaw.com
Attorneys for Defendant
Profit Center Software, Inc.

HERMELEE & GRIFFIN, LLC

_____
Allen G. Geffin
Tower 101, Suite 1110
101 N.E. 3rd Avenue
Fort Lauderdale, FL 33301
Telephone: 954-764-4445
Fax: 954-754-4989
ageffin@hermeleegeffin.com
Attorneys for Defendant
Ross Hart

2